UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NMSURF, INC.,

    Plaintiff,

v.                                        No. 1:21-cv-00057-KWR-JHR

STATE OF NEW MEXICO DEPARTMENT
OF TRANSPORTATION,

    Defendant.

### STIPULATED ORDER OF DISMISSAL

**THIS MATTER** having come before the court on the joint motion of all parties hereto, with Plaintiff NMSURF, Inc. being represented by Catron, Catron & Glassman, P.A., and Defendant State of New Mexico Department of Transportation, being represented by Gallagher, Casados & Mann, P.C., for dismissal of this action under FRCP 41(a)(2), and the Court being fully advised, and in light of the agreement of the parties hereto,

    **HEREBY ORDERS AS FOLLOWS**

    1. The Motion to Dismiss is **WELL TAKEN**. This case should be dismissed for the reasons stated in the Motion.

    **IT IS THEREFORE HEREBY ORDERED and DECREED** that this case is hereby **DISMISSED.** Each party shall bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                                        **UNITED STATES DISTRICT JUDGE**

**JOINTLY SUBMITTED BY:**

Catron, Catron & Glassman, P.A.

By: ___approved_____
Richard S. Glassman
P.O. Box 788
Santa Fe, NM  87504-0788
(505) 982-1947
richard@catronlaw.com
Attorneys for Plaintiff

**APPROVED BY:**

Gallagher, Casados & Mann, P.C.

By: ___approved_____
Nathan H. Mann
Attorneys for Defendant
4101 Indian School Rd. NE, Suite 200N
Albuquerque, NM  87110
(505) 243-7848  F (505) 764-0153
nmann@gcmlegal.com